# United States District Court

─────── STATE AND DISTRICT OF COLORADO ───────

**UNITED STATES OF AMERICA**

v.

**MICHAEL ANTHONY ROMERO,**

726555

WARRANT FOR ARREST

CASE NUMBER: 03-1033 M

JUN 13 2006

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Mark Anthony Romero__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n) Indictment

charging him/her with (brief description of offense) knowingly or intentionally possessing with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and (b)(1)(B)__

__PATRICIA A CRAO__     __U S MAGISTRATE JUDGE__
Name of Issuing Officer           Title of Issuing Officer

(signature)                __Denver, Colorado   1/29/03__
Signature of Issuing Officer      Date and Location

BAIL FIXED AT $_____ by_____
                                Name of Judicial Officer

**RETURNED UNEXECUTED PER:**
__X__ Indictment
____ Court Appearance
____ Collateral Forfeiture
____ Dismissal
____ Other:_____

DATE: __6/7/06__

BY: __Kelly Huffman__

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |